# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>ANA CRISTINA CASILLAS,<br><br>   Defendant. | CASE NO.:  20-CR-1741-JLS<br><br>Order to Continue<br>Motion Hearing and Trial Setting |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Ms. Casillas' motion hearing and trial setting hearing be continued from March 19, 2021 to <u>April 23, 2021 at 1:30 p.m.</u>  Defendant shall file an acknowledgement of the new hearing date by April 9, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A).

**SO ORDERED.**

Dated: March 16, 2021

              *Janis L. Sammartino*
              Hon. Janis L. Sammartino
              United States District Judge