UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**Ana Cristina Casillas,**<br><br>　　　　　　　Defendant. | CASE NO.: 20-CR-1741-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for April 23, 2021 at 1:30 p.m. be continued to May 28, 2021 at 1:30 pm. Defendant shall file an acknowledgement of the new hearing date by May 7, 2021.

The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-A.

IT IS SO ORDERED.

Dated: April 19, 2021

　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　United States District Judge