UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**Ana Cristina Casillas,**<br><br>　　　　　　Defendant. | CASE NO.: 20-CR-1741-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for May 28, 2021 at 1:30 p.m. be continued to July 2, 2021 at 1:30 pm. The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act to allow defense counsel to prepare and in the interests of justice.

**SO ORDERED.**

Dated: May 19, 2021

　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge