UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,** | CASE NO.:  20-CR-1741-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER** |
| **Ana Cristina Casillas,** | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for July 2, 2021 at 1:30 p.m. be continued to September 3, 2021 at 1:30 pm.  Defendant shall file an acknowledgement of the new hearing date by July 16, 2021.

The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act to allow defense counsel to prepare and in the interests of justice.

**SO ORDERED.**

Dated:  June 30, 2021

Hon. Janis L. Sammartino
United States District Judge