UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANA CRISTINA CASILLAS,<br><br>Defendant. | CASE NO.:  20-CR-1741-JLS<br><br>ORDER TO CONTINUE MOTION HEARING / TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Ms. Casillas' motion hearing and trial setting hearing be continued from September 3, 2021 to <u>October 22, 2021 at 1:30 p.m.</u> Defendant shall file an acknowledgement of the hearing date by September 10, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: August 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge